Stella LANCASTER, Appellant,

v.

John W. GARDNER, Secretary, United States Department of Health, Education, and Welfare, Social Security Administration, Appellee.

No. 12437.

United States Court of Appeals Fourth Circuit.

Argued Oct. 31, 1968.

Decided Nov. 15, 1968.

Leonard B. Sachs, Norfolk, Va., for appellant.

**1386**

James A. Oast, Jr., Asst. U. S. Atty., (C. B. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, BUTZNER, Circuit Judge, and HUTCHESON, Senior District Judge.

PER CURIAM:

Upon consideration of the briefs and argument, we affirm on the opinion of the district judge. Lancaster v. Gardner, 293 F.Supp. 1187 (E.D.Va., March 7, 1968).

Affirmed.